FRED G. WEYHRAUCH, as Administrator, etc., of ANNA WEYHRAUCH, Deceased, Respondent, v. GEORGE I. MILLER, Defendant, and UNITY HOSPITAL, Appellant.— Order, so far as it grants plaintiff's cross-motion for leave to serve a further amended complaint, reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's cross-motion denied, without costs. In our opinion, there is no difference in substance between the proposed amended complaint and the former amended complaint, held by this court to be defective. (Weyhrauch v. Miller, 240 App. Div. 863.) Young, Hagarty, Carswell and Davis, JJ., concur; Scudder, J., dissents.

ETHEL L. WHEELER, Appellant, v. BENJAMIN DEUTCH and Others, Individually and as Copartners Doing Business under the Firm Name and Style of MUNICIPAL FOOD MARKETS OF NEW YORK, and Another, Respondents. GASTON WHEELER, Appellant, v. BENJAMIN DEUTCH and Others, Individually and as Copartners Doing Business under the Firm Name and Style of MUNICIPAL FOOD MARKETS OF NEW YORK, and Another, Respondents.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, on the ground that the question of defendants' negligence was one of fact to be determined by the jury by reasonable inferences drawn from the evidence, and on the authority of Hughes v. Borden's Farm Products Company, Inc. (252 N. Y. 532); Jensen v. Great A. & P. Tea Co. (240 App. Div. 1008); Keegan v. Hohorst (235 id. 871); Ellis v. Friedlander (198 id. 57); Graham v. Bauland Co. (97 id. 141); Shaw v. Webber (79 Hun, 307; affd., 151 N. Y. 655). Young, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., concur in result, with the following memorandum: In view of testimony that the beans had been on the floor for fifteen to twenty minutes, there was a question of fact for the jury on the negligence of either or both of the defendants.

GUIDO COPPERFRETTI, Respondent, v. DAZEN E. SHEPHARD, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ERNEST J. ELLENWOOD, Appellant, v. ALLIED INTERNATIONAL INVESTING CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

LENA FRIEDBERG, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

BENJAMIN HABER, Respondent, v. NATHAN LEDER, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

ELIZABETH HILDRETH, Appellant, v. HENRY SCHENK, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.